**Dismissed w.o.j. and Opinion Filed January 19, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-18-00047-CV
No. 05-18-00048-CV
No. 05-18-00049-CV

**IN RE WENDALL WARD, Relator**

**Original Proceeding from the 195th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F04-71691, F04-71690, and F03-73972**

## MEMORANDUM OPINION

Before Justices Francis, Evans, and Schenck
Opinion by Justice Evans

In this original proceeding, relator seeks a writ ordering the trial court to vacate his 2009 felony convictions. This proceeding is a collateral attack on a final conviction and, therefore, falls within the scope of a post-conviction writ of habeas corpus under article 11.07 of the Texas Code of Criminal Procedure. See TEX. CODE CRIM. PROC. ANN. art. 11.07 (West 2015). Only the Texas Court of Criminal Appeals has jurisdiction in final, post-conviction felony proceedings. *Id*; *Ater v. Eighth Court of Appeals*, 802 S.W.2d 241, 243 (Tex. Crim. App. 1991) (orig. proceeding); *In re McAfee*, 53 S.W.3d 715, 717 (Tex. App.—Houston [1st Dist.] 2001, orig. proceeding). Accordingly, we dismiss this proceeding for want of jurisdiction.

/David Evans/

180047F.P05

DAVID EVANS
JUSTICE